1 | Floyd W. Bybee, #012651
**LAW OFFICE OF**
2 | **FLOYD W. BYBEE, PLLC**
4445 E. Holmes Avenue
3 | Suite 107
Mesa, Arizona 85206-3398
4 | Office: (480) 756-8822
Fax: (480) 302-4186
5 | floyd@bybeelaw.com

6 | Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| **Samir S. Kasha,** | No. CV 08-1549-PHX-JAT |
| Plaintiff(s), | |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| **Unifund CCR Partners,** | |
| Defendants. | |

Plaintiff and Defendant, by and through counsel, hereby stipulate to dismissal of this action with prejudice, each party to bear its own fees and costs.

/ / /

/ / /

1
2        DATED   December 15, 2008  .
3
4    s/ Floyd W. Bybee              s/ Cynthia L. Fulton
     Floyd W. Bybee, #012651        Cynthia L. Fulton
5    **LAW OFFICE OF**              **Fulton Friedman**
     **FLOYD W. BYBEE, PLLC**        **& Gullace LLP**
6    4445 E. Holmes Avenue          130 N Central Avenue
     Suite 107                      Suite 200
7    Mesa, Arizona 85206-3398       Phoenix, AZ 85004-2320
     Office:  (480) 756-8822        (866) 563-0809
8    Fax: (480) 302-4186
     floyd@bybeelaw.com             Attorney for Defendant
9
     Attorney for Plaintiff
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

- 2 -