**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| **Samir S. Kasha,** | ) | No. CV 08-1549-PHX-JAT |
| | ) | |
| Plaintiff(s), | ) | |
| v. | ) | **ORDER** |
| **Unifund CCR Partners,** | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff and Defendant having stipulated to dismissal of this action, with prejudice, (Doc. # 15) and good cause appearing,

**IT IS HEREBY ORDERED** dismissing this action in its entirety, with prejudice, each party to bear its own attorney's fees and costs.

DATED this 23rd day of December, 2008.

_____
James A. Teilborg
United States District Judge